C. Andrew Campbell, Esq.
Campbell@Campbell-Law-AZ.com
Campbell Law, P.C.
1839 South Alma School Road, Suite 275
Mesa, Arizona 85210
(480) 838-9000 Telephone
(480) 838-9302 Facsimile

Attorneys for Defendant
IQ DATA INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA – PHOENIX DIVISION

| | |
|---|---|
| DEANNA KEMPER, | CASE NO. 2:12-CV-01056-FJM |
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE ACTION** |
| vs. | |
| IQ DATA INTERNATIONAL, INC. and DOES 1-10, inclusive, | |
| Defendants. | |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal with prejudice, within 45 days from the date of this notice.

/ / /

/ / /

1  In light of the settlement, the parties respectfully request that the Court
2  vacate all future hearing dates in this matter.
3
4  DATED: October 3, 2012           CAMPBELL LAW, PC
5
6                                    By    s/C. Andrew Campbell
7                                          C. Andrew Campbell
                                            Attorneys for Defendant
8                                          IQ DATA INTERNATIONAL, INC.
9
10 DATED: October 3, 2012           LEMBERG & ASSOCIATES, LLC
11
12                                   By    s/Trinette G. Kent
                                            Trinette G. Kent
13                                          Attorneys for Plaintiff
14                                          DEANNA KEMPER