IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deanna Kemper, ) | CV-12-01056-PHX-FJM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| IQ Data International Incorporated et al., ) | |
| Defendant(s). ) | |

Pursuant to this court's order of October 5, 2012 and the parties' stipulation (doc. 12), IT IS ORDERED dismissing this action with prejudice, each side to bear its own costs.

DATED this 9th day of November, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge